UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WILLIAMS,

        Petitioner,

v.                                     Case Number: 07-CV-12318
                                      Honorable Patrick J. Duggan

JAN E. TROMBLEY,

        Respondent.
_____/

## JUDGMENT

Petitioner Gary Williams ("Petitioner") has filed a pro se petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction, following a jury

trial in Wayne County Circuit Court, of the following counts: assault with intent to commit

murder, Mich. Comp. Laws § 750.83; assault with intent to do great bodily harm less

than murder, Mich. Comp. Laws § 750.84; two counts of felonious assault, Mich. Comp.

Laws § 740.82; felon in possession of a firearm, Mich. Comp. Laws § 750.224f; and

possession of a firearm during the commission of a felony, second conviction, Mich.

Comp. Laws § 750.227b.  In an Opinion and Order issued on this date, the Court held

that Petitioner is not entitled to a writ of habeas corpus.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for

a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: June 16, 2009               PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Gary Williams, #314387
Lakeland Correctional Facility
141 First Street
Coldwater, MI   49036

Laura A. Cook. Esq.