UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WILLIAMS,

        Petitioner,

v.                                      Case Number: 07-CV-12318
                                          Honorable Patrick J. Duggan

JAN E. TROMBLEY,

        Respondent.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF CERTIFICATE OF APPEALABILITY

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan,  September 10, 2009.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

This matter is before the Court on Petitioner Gary Williams' motion for reconsideration of the denial of a certificate of appealability.  The Court denied a certificate of appealability in its July 15, 2009 opinion and order (Doc. 22).  Petitioner filed his motion for reconsideration on September 1, 2009.  The motion is untimely under Eastern District of Michigan Local Rule 7.1(g)(1) (motions for reconsideration must be filed within 10 days after entry or order).  Moreover, the Court finds no reason to reconsider its decision denying the certificate of appealability.  A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted.  E.D. Mich. L.R. 7.1(g)(3); *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999).  Petitioner has not met his burden

of showing a palpable defect by which the Court has been misled or that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Accordingly,

**IT IS ORDERED**, that Petitioner's motion for reconsideration of the denial of his motion for certificate of appealability is **DENIED**.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:
Gary Williams, #314387
Lakeland Correctional Facility
141 First Street
Coldwater, MI   49036

Gerald M. Lorence, Esq.
Laura A. Cook, Esq.