UNITED STATES DISTRICT JUDGE

---

[2]Notably, Petitioner previously moved to amend his petition on March 12, 2009. This Court granted in part and denied in part his request on June 16, 2009 and, in the same opinion and order, found no merit to the amended claims. (Doc. 15.)

3